UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSHUA POIRIER,

                     Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,
                     Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 3001 (VB)

      On January 21, 2020, defendant filed a letter to request a pre-motion conference to file a summary judgment motion seeking to dismiss plaintiff's complaint. (Doc. #22).

      On January 22, 2020, the Court granted defendant's request for a pre-motion conference, stating that the pre-motion conference would occur at the previously scheduled conference on March 16, 2020, at 9:30 a.m. The Court ordered plaintiff to file a response to defendant's pre-motion letter in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices by February 5, 2020. (Doc. #23). To date, the Court has received no response from plaintiff.

      The Court sua sponte extends plaintiff's time to February 21, 2020 to comply with the January 22, 2020, Order and to file a response to defendant's pre-motion letter. Compliance with this Order, and any other order, is mandatory.

      The Court notes that it previously warned that it would impose sanctions on plaintiff's counsel for failing to appear at conferences or otherwise failing to comply with their professional obligations, (Doc. #10), which, of course, includes complying with court orders. **Failure to comply with this order may result in dismissal of this case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: February 14, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge