UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSHUA POIRIER,                                :
                     Plaintiff,         :
                                    :    **ORDER**
v.                                             :
                                    :    19 CV 3001 (VB)
KOHL'S DEPARTMENT STORES, INC.,                :
                     Defendant.         :
--------------------------------------------------------------x

As discussed at an on-the-record conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

1. By June 26, 2020, defense counsel shall submit a letter on behalf of both counsel regarding what efforts the parties have made to settle this case and what, if anything, the Court can do to assist in that regard.

2. Defendant's motion for summary judgment is due July 27, 2020.

3. Plaintiff's opposition to defendant's motion is due August 27, 2020.

4. Defendant's reply is due September 17, 2020.

Dated: May 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge