Todd R. Harris, Esq. (Attorney No. TH0400)
**GOLDBERG SEGALLA, LLP**
200 Garden City Plaza, Suite 520
Garden City, NY 11530
(t) 516.281.9800
(f) 516.281.9801
tharris@goldbergsegalla.com
*Attorneys for Defendant,*
*KOHL'S DEPARTMENT STORES, INC*.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA POIRIER,<br><br>    Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC,<br><br>    Defendant | Civil Action No.: 7:19-CV-03001<br><br>**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Return Date: September 17, 2020**<br><br>**ORAL ARGUMENT IS REQUESTED** |

TO: Sheila S. Rosenrauch, Esq.
   Sobo & Sobo
   One Dolson Avenue
   Middletown, New York 10940

PLEASE TAKE NOTICE that on the 19th day of September, 2020, the undersigned attorneys for defendant KOHL'S DEPARTMENT STORES, INC ("Kohl's") shall apply to the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for an Order granting Kohl's motion for summary judgment and dismissing the complaint of plaintiff Joshua Poirier with prejudice.

27119545.v1

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Kohl's shall rely on the attached Memorandum of Law, Statement of Undisputed Material Facts, and Declaration of Todd R. Harris, Esq. (with Exhibits A-J). A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Kohl's requests that the Court hold oral argument on its motion, assuming timely opposition is filed.

        GOLDBERG SEGALLA LLP

        _____
        Todd R. Harris, Esq.
        Attorneys for Defendant,
        Kohl's Department Stores, Inc.
        200 Garden City Plaza, Ste. 520
        Garden City, NY 11530

Dated: Garden City, New York
       July 23, 2020