**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSHUA POIRIER,

                Plaintiff,                  19 **CIVIL** 3001 (VB)

    -against-                           **JUDGMENT**

KOHL'S DEPARTMENT STORES, INC.,
                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 29, 2021, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          March 29, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                       **BY:**      K. Mango
                                                     **Deputy Clerk**